No. 03-4086

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

OCT 2 0 2003

LEONARD GREEN, Clerk

RUSSELL L. CALDWELL; BRANDON CALDWELL

 Plaintiffs - Appellees,

v.

RICHARD ALLEN MILLER; CHAD M. STAFFORD; SUSAN E. MOOS,

 Defendants - Appellants.

ORDER

1:02cv349

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green/tmc*