IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RUSSELL L. CALDWELL, et al   :   CASE NO. C-1-02-349

    Plaintiffs   :   (Judge Beckwith)

vs.   :

RICHARD ALLEN MILLER, et al   :   **MOTION TO WITHDRAW AS TRIAL COUNSEL**

    Defendants   :

: : : : : : : : : : :

    Now comes Jack C. McGowan and moves the court for an order permitting him to withdraw as trial counsel for defendant Janet Amyx.

    The basis for this motion is that the defendant Janet Amyx ("Amyx") has had financial difficulties so severe that she can no longer afford legal representation. Amyx has been unable to pay her bills for legal services for the past eight months. There is presently due and owing to trial counsel the sum of $5,726.01 for fees and costs.

    Defendant has been informed and has consented to the filing of this motion by the undersigned. She intends to proceed pro se at this time.

    Accordingly, Jack C. McGowan respectfully requests that he be permitted to withdraw from representing defendant Janet Amyx.

        s/ Jack C. McGowan
        Jack C. McGowan Bar Number: 0005619
        JACK C. McGOWAN & ASSOCIATES
        Attorney for Defendant Janet Amyx
        246 High Street
        Hamilton, Ohio 45011
        (513)844-2000/Fax (513)868-1190
        E-mail: JCM@jcmcgowan.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of December, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert B. Newman, Esq., 617 Vine Street, Suite 1401, Cincinnati, Ohio 45202.

        s/ Jack C. McGowan
        Jack C. McGowan Bar Number: 0005619
        JACK C. McGOWAN & ASSOCIATES
        Attorney for Defendant Janet Amyx
        246 High Street
        Hamilton, Ohio 45011
        (513)844-2000/Fax (513)868-1190
        E-mail: JCM@jcmcgowan.com