FILED
JAMES BONINI
CLERK

04 JAN 27 AM 8:13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RUSSELL L. CALDWELL, et al | : | CASE NO. C-1-02-349 |
| Plaintiffs | : | (Judge Beckwith) |
| vs. | : | **STIPULATION FOR ENTRY OF JUDGMENT** |
| RICHARD ALLEN MILLER, et al | : | **AND JUDGMENT FOR PLAINTIFFS** |
| Defendants | : | |

: : : : : : : : : : :

1. Plaintiffs, by their complaint filed and served herein, having alleged violations of their constitutional rights and other rights, as more fully appears by their complaint; and

2. The plaintiffs and the defendant Janet Amyx having agreed upon a basis for the adjustment of the matters alleged in the complaint, and the entry of a judgment in this action;

3. The plaintiffs by their undersigned counsel and the defendant Janet Amyx by her undersigned counsel agree that a judgment shall be entered in favor of plaintiffs and against the defendant Janet Amyx in the amount of $1,000.00, provided that defendant may satisfy the judgment by a payment to the plaintiffs of $500.00 on July 1, 2004 and a payment of $500.00 on January 1, 2005; so long as defendant pays as agreed, no execution shall issue on the judgment and the judgment shall not bear interest.

Dated: January 22, 2004

s/ Robert B. Newman
Robert B. Newman Bar Number: 0062074
NEWMAN & MEEKS CO., L.P.A.
Attorney for Plaintiffs
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513)639-7000/Fax (513)639-7011
E-mail: robertnewman@newman-meeks.com

s/ Jack C. McGowan
Jack C. McGowan Bar Number: 0005619
McGOWAN & JACOBS, LLC
Attorney for Defendant Janet Amyx
246 High Street
Hamilton, Ohio 45011
(513)844-2000/Fax (513)868-1190
E-mail: JCM@jcmcgowan.com

SO ORDERED:

_____
Judge Beckwith